**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JONATHAN SPENADER,
an individual,

      Plaintiff,

v.

DISCOVER PRODUCTS, INC.,
d/b/a DISCOVER BANK,
a foreign for-profit corporation,

      Defendant.
_____/

Case No.: 8:19-cv-03014-TPB-JSS

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, JONATHAN SPENADER, (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement* and states:

1. Plaintiff and Defendant, DISCOVER PRODUCTS, INC., d/b/a DISCOVER BANK (hereinafter, "Defendant"), have reached a confidential settlement regarding all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

Submitted this 9th day of January 2020.

        Respectfully submitted,

        **LEAVENLAW**

        /s/ *Ian R. Leavengood*
        **Ian R. Leavengood, Esq., FBN 010167**
        **Kelly C. Burke, Esq., FBN 0123506**
        Northeast Professional Center
        3900 First Street North, Suite 100
        St. Petersburg, FL 33703
        Phone: (727) 327-3328
        Fax: (727) 327-3305
        consumerservice@leavenlaw.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed a copy of the foregoing *Notice of Pending Settlement* with the Clerk of the Court via the CM/ECF system, and a copy of the same has been furnished electronically this 9th day of January 2020 to the following counsel of record:

David A. Elliott, Esq., FBN 0094237
Charles C. Davis III, Esq., FBN 1003433
201 N. Franklin Street, Suite 3200
Tampa, FL 33602
delliott@burr.com
cwingate@burr.com
cdavis@burr.com
anolting@burr.com,
dmorales@burr.com
mguerra@burr.com
*Attorneys for Defendant, Discover Bank, Inc.*

        /s/ *Ian R. Leavengood*
        Attorney